Edmond W. Codington, Plaintiff in Error, vs. Gustavus A. Hanson, Defendant in Error.

Writ of error to Circuit Court, Polk county; Barron Phillips, Judge.

Wilson & Wilson and Frank Clark, for Plaintiff in Error.

Hammond & Brady and H. K. Olliphant, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.